No. A–483.   SCHUCHMAN ET UX. *v.* UNITED STATES.   D. C. S. D. Ill.   Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–522.   IN RE DISBARMENT OF KAMINSKY.   Disbarment entered.   [For earlier order herein, see *ante*, p. 896.]

No. D–532.   IN RE DISBARMENT OF HEFNER.   Disbarment entered.   [For earlier order herein, see *ante*, p. 992.]

No. D–536.   IN RE DISBARMENT OF LOVETT.   It is ordered that Lee Gilson Lovett, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–542.   IN RE DISBARMENT OF BOWLES.   It is ordered that Robert William Bowles, Jr., of Orlando, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–543.   IN RE DISBARMENT OF DEGLOW.   It is ordered that Riner Ernest Deglow, of Spokane, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 84–902.   WARDAIR CANADA INC. *v.* FLORIDA DEPARTMENT OF REVENUE.   Sup. Ct. Fla.   [Probable jurisdiction noted, *ante*, p. 943.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   Motion of Aer Lingus et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied.

No. 84–1903.   POSADAS DE PUERTO RICO ASSOCIATES, DBA CONDADO HOLIDAY INN *v.* TOURISM COMPANY OF PUERTO RICO ET AL.   Sup. Ct. P. R.   [Probable jurisdiction postponed, *ante*, p. 917.]   Motion of Association of National Advertisers, Inc., for leave to file a brief as *amicus curiae* granted.

No. 84–2030.   BROWN-FORMAN DISTILLERS CORP. *v.* NEW YORK STATE LIQUOR AUTHORITY.   Ct. App. N. Y.   [Probable